**C. S. PAUL, as Tax Collector of Volusia County, Florida, et al. v. THE CITY OF DAYTONA BEACH, FLORIDA.**

20 So. (2nd) 501                                    January Term, 1945

January 12, 1945                                              En Banc

*Charles W. Luther,* for appellants.

*West & Cobb* and *Roger H. West,* for appellee.

PER CURIAM:

The decree is affirmed on authority of Marvin v. Housing Authority of Jacksonville, 133 Fla. 590, 183 So. 145; State ex rel. Harper v. McDavid, 145 Fla. 605, 200 So. 100; State ex rel. Grubstein v. Campbell, 146 Fla. 532, 1 So. 2nd 483.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN, J., dissents.